# EXHIBIT D



Email Sign up | Quick Order | My Account | Wish List | Order Status

Order by phone: **1-800-279-4441**  code V8000


**CART**
0 Item

| HARDWARE | TOOLS | WOOD PRODUCTS | FINISHING | NEW PRODUCTS | OUTLET | HOW-TO | STORE LOCATIONS | INFO & HELP |

**SEARCH:** Keyword or Item Number  [GO!]   Welcome, Guest.

**20% OFF All Rockler Router Bits** — EXCLUDES ROUTER BIT SETS



### Hardware
- Hinges
- Knobs & Pulls
- Drawer Slides
- Cabinet Doors & Drawers
- Fasteners
- See All →

### Tools
- Power Tools
- Hand Tools
- Routers
- Router Bits
- Router Tables
- Clamps
- See All →

### Wood Products
- Lumber
- Veneer
- Cabinet Doors & Drawers
- See All →

### Finishing
- Finishes
- Glues
- Sanding
- See All →

### Books & Video
- Finishing
- Furniture
- Kitchen Cabinets
- See All →

### Woodworking Plans
- Furniture
- New Yankee Workshop
- Small Projects
- See All →

- View More Categories

### Projects

## Complete Product Index

### Hardware

**Bar**
  Bar Hardware
  Bar Molding
  Bar Plans

**Beds, Cribs and Highchair**
  Bed and Futon Hardware
  Cribs and High Chairs

**Cabinet Doors and Drawers**

**Cabinet Lighting**

**Cabinet Refacing**

**Casket Hardware and Plans**

**Casters**

**Clock Fittings, Parts and Plans**

**Closet Organizers, Hooks and Hardware**

**Custom Wine Cellar**

**Decorative Glass and Grille**
  Custom Textured Glass and Leaded Glass
  Glass Decoration
  Glass Door and Mirror Hardware

**Electronics - Pullouts, Brackets and Swivels**

**Fasteners**
  Brackets and Braces
  Inserts
  Knock Down Fittings and Connectors
  Restoration Nails
  Screw Accessories
  Screws

**Gift Guide**

**Glides, Bumpers and Cushions**

**Grommets and Vents**

**Hinges**
  Butt Hinges
  Cabinet Hinges by Application
  European Hinges ("Cup" Hinges)
  Knife Hinges / Pin Hinges
  Non-Mortise Hinges

**Keyboard Platforms and Slides**

**Knobs and Pulls**
  Antique Brass Knobs and Pulls
  Appliance Knobs & Pulls
  Berenson Decorative Hardware - Special Order
  Black Knobs and Pulls
  Bright Brass Knobs and Pulls
  Bronze, Copper and Rustic Iron Knobs and Pulls
  Classic Brass Decorative Hardware - Special Order
  Discontinued Knobs and Pulls
  Eco-Friendly Knobs and Pulls
  Glass Knobs and Pulls
  Granite Marble Stone Knobs and Pulls
  Nickel and Chrome Knobs
  Nickel and Chrome Pulls
  Restoration Knobs and Pulls
  Stainless Steel Knobs and Pulls
  Stickley, Mission and Arts and Crafts
  Whimsical Uptown Collection
  Wooden Knobs and Pulls

**Latches, Catches, Bolts and Magnets**

**Levelers**

**Lid Supports**

**Lighting**
  Canister Lighting
  Puck Lighting
  Specialty Lighting

**Locks**

**Pocket Door, Flipper and Sliding Door Systems**

**Power Centers, Monitor Arms and Computer Mounts**

**Sewing and Ironing**

**Shelving**
  Shelf Brackets
  Shelf Pins
  Shelf Standards and Supports

**Storage and Organization**

**Table Hardware**

- Home Office
- Entertainment Centers
- Kitchen
- For Your Shop
- Small Projects
- Outdoor
- Furniture
- Deck Enhancements



Piano and Continuous Hinges
Pivot Hinges
Semi-Concealed Hinges
Soss, Sepa and Barrel Hinges
Special Application Hinges

Metal Table Legs and Brackets
Table Alignment Pins
Table Aprons
Table Leaf and Locks
Tables Slides

### Trunks and Chests
Trunk Corners
Trunk Hinges, Catches and Lid Supports

## Finishing

### Brushes, Gloves, Tack Cloth and Supplies

### Clear Finishes

### Finishing the Finish

### Gluing, Epoxy, Adhesives and Fillers
Epoxy and CA Quick Set Glues
Gluing Accessories
Veneering Adhesives
Wood Glues and Fillers

### Refinishing/Repair

### Sanding
Sanding Accessories
Sanding Belts
Sanding Discs
Sanding Drums
Sandpaper

### Specialty Finishes

### Sprayers

### Stains and Dyes

### Wood Care - Waxes and Polish

## Wood Products and Supplies

### Carvings, Moldings and Corbels
Bendix Basket Weave
Bendix Corbels
Bendix Kitchen Legs and Posts
Bendix Moldings - Special Order
Bendix Mouldings
Bendix Newels and Balusters
Bendix Ornaments
Bendix Pulls and Knobs
Corbels
Embossed Carvings
Embossed Moldings
Exterior Victorian Trim
Finials
Large Embossed Carving
Ornate Fretwork Moldings
Spindles

### Chairs Seats and Caning
Chair Caning
Chair Seats
Chair Swivels

### Hobby Kits and Small Wood Parts
Doll Houses
Furniture Kits and Parts
Game Pieces and Templates
Pen Kits, Wine Bottle Stopper Parts and Accessories
Small Hobby Kits and Parts
Toy Kits
Toy Parts

### Inlays and Banding
Decorative Inlays
Inlay Bandings

### Kitchen Cabinet Moldings
Corinthin Fluted Molding (kitchen molding)
Crown Molding (kitchen molding)
Dentil Molding (kitchen molding)
Fluted/Beaded Molding (kitchen molding)
French Prov Trim (kitchen molding)
Gallery Molding (kitchen molding)
Plate Rack Dowels (kitchen molding)
Rope Molding (kitchen molding)
Split Dowels (kitchen molding)
Wine Lattice and Glass Molding (kitchen molding)

### Lumber and Veneers
Dowel Pins, Hole Plugs and Buttons
Lumber
Plywood
Shaker Pegs
Turning and Carving Stock
Wood Veneer

### Mantel Components

### Pen Turning Kits and Parts
Acrylic Pen Blanks
Inlace Acrylester Pen Blanks
Natural Wood Pen Blanks
Pen Hardware Kits and Other Kits
Pen Turning Accessories

### Table Legs, Pedestals and Bun Feet
Bun Feet
Wood Table Legs and Pedestals

## Tools

**Clamps**
- Band Clamps
- Bar Clamps
- Clamp-It
- Handscrew Clamps
- Miter Clamps
- Pipe Clamps
- Specialty Clamps
- Spring Clamps

**Drilling and Drill Presses**
- Drill Bits
- Drills and Accessories
- Mortising and Accessories

**Dust Collection**
- Dust Collection Hose, Fittings and Accessories
- Dust Collectors and Air Filtration

**Hand Tools**
- Carving Tools
- Chisels
- Doweling - Dowel Jigs
- Electronic Tools
- Hammers and Mallets
- Handsaws
- Marking Tools
- Measuring
- Planes, Scrapers and Rasps
- Screw Driving Tools
- Squares
- Veneering Tools

**Jigs, JIG IT's and T-Tracks**
- Jig Parts and T-Tracks
- Jigs and Rockler JIG ITs

**Picture Framing**
- Framing Tools
- Mat Cutters
- Miter Saws and Trimmers
- Picture Frame Molding
- Picture Framing Hardware

**Pocket Hole Jigs**

**Power Tools and Accessories**
- Band Saws, Blades and Accessories
- Biscuit joiners and Accessories
- Chop Saw and Radial Arm Saw Blades and Accessories
- Circular Saws and Accessories
- Delta Power Tools
- Dovetailers
- Drill Presses and Accessories
- Festool
- Incra jigs and Accessories
- Jet, Performax and Powermatic Tools
- Jig Saws and Jig Saw Blades
- Jointers
- Lathes and Accessories
- Machine/Tool Tables
- Nailers and Staplers
- Panel Saws
- Planers
- Pocket Hole Systems
- Rotary Tools and Accessories
- Routers

**Roller and Ball Bearing Stands**

**Router Tables Packages and Accessories**
- Router Lift Table Packages
- Router Table Accessories a la Carte
- Standard Router Package
- Tablesaw package

**Routers and Accessories**
- Bushing and Edge Guides
- Dovetail Jigs and Templates
- Leigh Dovetail Jigs and Accessories
- Router Accessories
- Router Bits
- Router Lifts
- Router Plates and Bases
- Router Templates and Jigs
- Sign Making with Routers

**Rustic Log Furniture**

**Sharpening**
- Diamond Sharpening Systems
- Oil Stones
- Scary Sharp System
- Sharpeners and Grinders and Accessories
- Waterstones

**Tool Tune-Up and Maintenance**

**Turning Tools and Accessories**
- Turning Hand Tools

**Veneering Products**

**Woodburning Tools**
- Branding Irons
- Burning Tools

**Workbenches, Vises, Shop Stands**
- Bench Dogs and Hold Downs
- Shop Stands
- Workbench Clamps, and Vises
- Workbenches

**Workshop Accessories**
- Mobile Bases
- Shop Accessories
- Shop Organizers
- Shop Safety

Sanders - Drum and Wide Belt
Sanders - Handheld
Sanders - Stationary and Bench Top
Saw Blades and Accessories
Scroll Saw
Table Saw Miter Gauges, Tenoning Jigs and Fences
Table Saw Set-Up and Calibration Tools
Table Saws

## Books and Plans

### Books, CD's, DVD's and Videos
- Boxes, Toys and Other Small Projects
- Carving/Whittling Books, CD's and DVD's
- Crown Molding and Trim Books and Videos
- Dust Collection Books
- Finishing Books and Videos
- Furniture and Furniture Making
- Home Improvement/DIY Books and Videos
- Kitchen Cabinet Books
- Outdoor Projects
- Project Idea Books and Videos
- Tables and Chairs Books
- Tool Books and Videos
- Turning/Lathe Work Books and Videos
- Wood Books (books)
- Woodworking Techniques
- Workshop Books and Videos (books)

### Woodworking Plans
- Casket Plans
- Chest Plans
- Cribs, Cradles and Highchair Plans
- Entertainment Center Plans
- Furniture Plans
- Holiday Plans
- Mission Furniture Plans and Kits
- New Yankee Workshop Plans, Videos and DVD's
- Projects for Kids
- Sewing and Crafting Plans
- Small Project Plans
- Table and Desk Plans
- Workshop Plans
- Yard and Garden Outdoor Plans

*"Outstanding products and service. I am always satisfied with my purchases. Thank-you for all you do."*
- Customer Comment - 06/15/2004
See more...



About Rockler
Find a Store
Sign up for our Email
Request a Free Catalog
Suggest a New Product

Woodworking Blog
RSS Feeds
Learn
Careers
Affiliate Program

Customer Service
Contact Us
FAQs
Privacy Policy
Product Index

**ALSO VISIT:**

   FreePlans.com 

Copyright © 2007, Rockler Companies, Inc. This is a Secure Shopping Site
web1