# EXHIBIT E



Email Sign up | Quick Order | My Account | Wish List | Order Status

Order by phone: **1-800-279-4441** code V8000


**CART**
0 Item

HARDWARE | TOOLS | WOOD PRODUCTS | FINISHING | NEW PRODUCTS | OUTLET | HOW-TO | STORE LOCATIONS | INFO & HELP

SEARCH: Keyword or Item Number  [GO!]      Welcome, Guest.

**20% OFF All Rockler Router Bits** — EXCLUDES ROUTER BIT SETS


FREE CATALOG — CLICK

**Refine By: Featured Items**
- Closeouts (12)
- New Items (19)
- On Sale (62)
- Rockler Exclusive (47)

**Refine By: Price Range**
- Under 20 (1389)
- $20 - $50 (216)
- $50 - $100 (71)
- $100 - $250 (39)
- Over $250 (16)

**Refine By: Brand**
- Accuride (34)
- Bendix (14)
- Blum (23)
- Delta (1)
- Kreg (1)
- KV (1)
- Rev-A-Shelf (19)
- Rockler (4)

**Refine By: Features**
- 3/4 Extension (8)
- Ball Bearing (39)
- Ball Casters (2)
- Center Mount (4)
- Corner Casters (1)
- Full Extension (7)
- Heavy-Duty (34)
- Locking Caster (2)
- Low Profile (32)
- No Profile (4)
- Non-Locking Caster (1)
- Over Travel (6)
- Self-Closing (9)
- Twin Wheel (3)
- Undermount (2)

Home → Hardware

## Hardware

Our specialty! From crib hardware to drawer slides, you'll find our hardware selection is second to none!

**Refine by Category:**

- Hinges (123)
- Box Hardware (87)
- Knobs and Pulls (801)
- Cabinet Doors and Drawers (77)
- Cabinet Refacing (5)
- Drawer Hardware (70)
- Cabinet Lighting (17)
- Lighting (38)
- Grommets and Vents (18)
- Keyboard Platforms and Slides (18)
- Pocket Door, Flipper and Sliding Door Systems (15)
- Power Centers, Monitor Arms and Computer Mounts (10)
- Electronics - Pullouts, Brackets and Swivels (55)
- Storage and Organization (127)
- Shelving (31)
- Closet Organizers, Hooks and Hardware (19)
- Custom Wine Cellar (3)

- Fasteners (79)
- Bar (12)
- Beds, Cribs and Highchair (36)
- Sewing and Ironing (8)
- Table Hardware (34)
- Trunks and Chests (20)
- Decorative Glass and Grille (42)
- Casters (18)
- Glides, Bumpers and Cushions (22)
- Latches, Catches, Bolts and Magnets (24)
- Levelers (15)
- Lid Supports (26)
- Locks (45)
- Casket Hardware and Plans (7)
- Clock Fittings, Parts and Plans (24)
- Gift Guide (3)

### Featured Items

 NEW!
Heavy-Duty Full Extension TV Pullout
$92.99

  NEW!
Dillingham Slide-Out Valet/Laundry Rail
$14.99

  NEW!
"The Brain" Data/Power Hub
$49.99

Showing 1 - 25 of 1732  |  Next →


SALE!
Pro Pocket™ Flipper Door Slides
From $43.99


ONLY @ ROCKLER
Custom Door and Drawer Front Program
$0.01


ONLY @ ROCKLER
JIG IT ® Shelving Jig
$27.99


1/4'' Pin Supports
$2.99


Accuride Full Extension Zinc Box Drawer Slides (Series 3832)
From $14.99

**Refine By:**
**Knob Finish**
- Antique Brass (29)
- Berenson Direct Ship (2)
- Black (10)
- Bright Brass (18)
- Bronze, Copper & Rustic Iron (41)
- Eco-Friendly (5)
- Glass Finish (9)
- Nickel & Chrome (63)
- Stainless Steel (24)
- Stickley, Mission and Arts & Crafts (24)
- Stone Knobs (7)
- Whimsical (19)
- Wooden (20)

**Articles**
- Wood Stain in a Nutshell
- A Low Profile Soft Close System from Blum
- Screw Comparison Guide
- Getting Tough on Dust
- Build Your Own Entertainment Center
- A European Hinge for
- Crown Molding Made Easy
- Raised Panel Door Tools and Techniques
- Options for Updating Your Kitchen
- Saw Blades 101

**Blogs**
- Crib and Highchair Safety Standards
- The Metabo PowerMaxx Cordless Drill
- Cabinet Doors and Drawer Fronts - Make or Buy?
- Stop Doing Without Forstner Bits
- Getting Rid of Saw Blade Burns
- The Value of Forstner Bits
- Jigs and Guides for Handheld Drill Accuracy
- What is "Table Top Varnish"?
- Wood Stain in a Nutshell
- Ways to Cut a Hinge Mortise


Blum 2-Way Nickel-Plated Face Frame Hinges
From $5.99


Square-X Drive Lube Finished Screws
From $1.99


Toy Box Lid Supports
$4.99


Square Drive Lube Finished Screws
From $2.79


Rare Earth Magnets
From $4.49


Standard Plastic Grommets
From $3.89


120° Blum Clip Top Hinges
From $10.99


1/4'' Shelf Supports
$3.99


Blum low-profile 3/4 epoxy coated drawer slides
From $4.99


Accuride Center Mount Slide for Face Frame Cabinets (Series 1029)
From $6.99


Low Profile Lazy Susans
From $1.49


Round Cushions
From $2.39


Non-Mortise Hinges
From $3.49


BLUM 120° Clip Top 3-Way Face Frame Hinges
From $12.99


Heavy Duty Wrought Steel Bed Rail Fasteners
From $11.49


Rockler Gift Card
$1.00


Self-Adhesive Velvet
From $8.39


Connector Bolts
From $3.39


Nylo-Tape
From $6.49


Cross Dowels
From $2.79

Showing 1 - 25 of 1732   |  Next ➡

*"Great selection! Lots of speciality hardware. And they have great shop tables."*
- Customer Comment - 09/10/2004
See more…