# EXHIBIT F



Email Sign up | Quick Order | My Account | Wish List | Order Status

Order by phone: **1-800-279-4441** code V8000


**CART**
0 Item



SEARCH: Keyword or Item Number  GO!   Welcome, Guest.



### Hardware
- Hinges
- Knobs & Pulls
- Drawer Slides
- Cabinet Doors & Drawers
- Fasteners
- See All

### Tools
- Power Tools
- Hand Tools
- Routers
- Router Bits
- Router Tables
- Clamps
- See All

### Wood Products
- Lumber
- Veneer
- Cabinet Doors & Drawers
- See All

### Finishing
- Finishes
- Glues
- Sanding
- See All

### Books & Video
- Finishing
- Furniture
- Kitchen Cabinets
- See All

### Woodworking Plans
- Furniture
- New Yankee Workshop
- Small Projects
- See All

- View More Categories

### Projects

Please see our Current News Releases

## It started with the seed of an idea ...

In 1954 my father, Nordy Rockler, started a mail order woodworking supply company in Minneapolis. It was then known as Minnesota Woodworkers Supply Company, and among the products featured in the first catalog were specialty wood veneers and hardware items such as knobs, pulls and table slides. Woodworkers responded positively to having a place where they could always get what they needed.



## sprouted many strong and healthy branches ...

When I joined the company in 1969, our business was still a small one. We opened our first retail store in Minneapolis in 1978, which was then known as "The Woodworker's Store."

Today, our retail chain stretches from Boston to San Diego, for a total of 35 stores with more on the horizon. Our catalog has also grown immensely, and is now mailed to millions of woodworkers worldwide. Our magazine, Woodworker's Journal, is a leading publication dedicated to offering plans, techniques, product reviews and tips to woodworkers.

Our steady growth —— including going from 15 employees in 1969 to over 500 today; the introduction of a number of "exclusive" products; and our dedication to reaching out to both long–time woodworkers and those new to the craft, including women —— was a personal goal for me and among the proudest accomplishments of the company as a whole.

## and has grown to be the number one resource for woodworkers everywhere!

In 1998, we decided to reflect our commitment to offering hard–to–find hardware (in addition to kits, tools, lumber and our exclusive shop table line) by changing the name of both our retail and catalog operations to Rockler Woodworking and Hardware. Customers are constantly telling us how happy they are that they know they'll be able to get the full–extension slides, restoration knobs, elbow catch or other specialized hardware they need to complete their project.

We have been on the web since 1996, and are reaching more woodworkers than ever before! Whether you're a seasoned pro, a home–improvement enthusiast or a craftsperson, we believe you will enjoy browsing our online catalog, getting interesting tips through our email newsletter, and being the first to find out about some exciting new products! We are constantly on the lookout for new ways to make all your projects as fulfilling as they can be.

Sincerely,

Ann Rockler Jackson, CEO

- Home Office
- Entertainment Centers
- Kitchen
- For Your Shop
- Small Projects
- Outdoor
- Furniture
- Deck Enhancements



*"* Very fast service for the international shipping. * Terrific web sight!"*
- Customer Comment - 10/04/2005
See more...



| About Rockler | Woodworking Blog | Customer Service |
| Find a Store | RSS Feeds | Contact Us |
| Sign up for our Email | Learn | FAQs |
| Request a Free Catalog | Careers | Privacy Policy |
| Suggest a New Product | Affiliate Program | Product Index |

ALSO VISIT:

   FreePlans.com 

Copyright © 2007, Rockler Companies, Inc. This is a Secure Shopping Site
web2