# EXHIBIT G



Email Sign up | Quick Order | My Account | Wish List | Order Status

Order by phone: **1-800-279-4441**  code V8000

**CART**
0 Item

HARDWARE | TOOLS | WOOD PRODUCTS | FINISHING | NEW PRODUCTS | OUTLET | HOW-TO | STORE LOCATIONS | INFO & HELP

SEARCH: Keyword or Item Number  GO!

Welcome, Guest.

**20% OFF All Rockler Router Bits**  EXCLUDES ROUTER BIT SETS

**Illinois**
- Schaumburg
- Tinley Park

**Store Locations**
- Arizona
- California
- Colorado
- Georgia
- Illinois
- Indiana
- Massachusetts
- Maine
- Michigan
- Minnesota
- Missouri
- New Hampshire
- New York
- Ohio
- Oregon
- Pennsylvania
- Texas
- Washington
- Wisconsin

**Independent Rockler Resellers**
- Arizona
- California
- Georgia
- Iowa
- Illinois
- Indiana
- Kansas
- Maryland
- Michigan
- New Hampshire
- Nevada
- Ohio
- South Carolina

Retail Home → Illinois

## Illinois Store Locations

### Rockler Woodworking and Hardware Retail Stores

Schaumburg  -  **Rockler Woodworking and Hardware**
253 W Golf Road
Schaumburg, IL 60195

Tinley Park  -  **Rockler Woodworking and Hardware**
15931 Harlem Ave
Tinley Park, IL 60477

### Independent Rockler Resellers*

Pekin  -  **Woodworkers Shop**
13587 E. Manito Road
Pekin, IL 61555

Morris  -  **Prairie Millworks**
3385 N. Rt 47
Morris, IL 60450

Milan  -  **Woodworkers Shop**
910 W 10th Ave
Milan, IL 61264

*Learn more about Independent Rockler Resellers

*"I'm like a kid in a candy store. Rockler is the best. Keep up the great work"*
- - 04/28/2005
See more...



About Rockler            Woodworking Blog       Customer Service
Find a Store             RSS Feeds              Contact Us
Sign up for our Email    Learn                  FAQs
Request a Free Catalog   Careers                Privacy Policy
Suggest a New Product    Affiliate Program      Product Index