IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JULIE RHODES, | ) | |
| individually and on behalf of a class, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6385 |
| | ) | Judge Holderman |
| v. | ) | Magistrate Judge Denlow |
| | ) | |
| ROCKLER RETAIL GROUP, INC., | ) | |
| doing business as ROCKLER | ) | |
| WOODWORKING AND HARDWARE | ) | |
| and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** See attached service list.

    **PLEASE TAKE NOTICE** that on Thursday, December 6, 2007 at 9:00 a.m., we will appear before Judge Holderman in Room 2541of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604, and there present: **PLAINTIFF'S PRELIMINARY MOTION FOR CLASS CERTIFICATION**, a copy of which has been filed electronically and is hereby served upon you.

                                                      s/ Daniel A. Edelman
                                                        Daniel A. Edelman

Daniel Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Daniel A. Edelman, hereby certify that on November 15, 2007 a copy of the foregoing PLAINTIFF'S PRELIMINARY MOTION FOR CLASS CERTIFICATION was filed electronically, and was personally served on the following party:

Rockler Retail Group, Inc., d/b/a Rockler Woodworking and Hardware
c/o CT Corporation System, Registered Agent
208 S. LaSalle Street
Suite 814
Chicago, IL 60604

                                                     s/ Daniel A. Edelman
                                                   Daniel A. Edelman