AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

JULIE RHODES, individually and on behalf of a class,
Plaintiff,

V.

ROCKLER RETAIL GROUP, INC., d/b/a ROCKLER WOODWORKING AND HARDWARE and DOES 1-10,
Defendants.

CASE NUMBER:

**07CV6385
JUDGE HOLDERMAN
MAG. JUDGE DENLOW**

TO: (Name and address of Defendant)

ROCKLER RETAIL GROUP, INC., d/b/a ROCKLER WOODWORKING AND HARDWARE
c/o CT Corporation System, Registered Agent
208 South LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street
Suite 1800
Chicago, IL 60603

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

NOV - 9 2007
DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 11/15/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jonathan Daniel | Paralegal |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Rockler Retail Group, Inc., c/o CT Corporation System, 208 S. LaSalle St, Suite 814, Chicago, IL

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/15/07
                    Date          Signature of Server

120 S. LaSalle St, Suite 1800, Chicago, IL 60603
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.