**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                          Case Number: 2007 CV 6385
JULIE RHODES,

v.

ROCKLER RETAIL GROUP, INC., et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ROCKLER RETAIL GROUP, INC.

| | |
|---|---|
| NAME (Type or print) <br> Gordon B. Nash, Jr. | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Gordon B. Nash, Jr. | |
| FIRM <br> Drinker Biddle & Reath LLP (d/b/a DrinkerBiddleGardnerCarton) | |
| STREET ADDRESS <br> 191 North Wacker Drive, Suite 3700 | |
| CITY/STATE/ZIP <br> Chicago, IL  60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 02017199 | TELEPHONE NUMBER <br> (312) 569-1384 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?       YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?     YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?       YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐ | |