# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JULIE RHODES, individually and on behalf of a class, | )<br>)<br>) |
| Plaintiff, | ) Case No.: 2007-CV-6385<br>)<br>) Chief Judge James Holderman |
| vs. | )<br>) Presiding Mag. Judge Morton Denlow |
| ROCKLER RETAIL GROUP, INC., doing business as ROCKLER WOODWORKING AND HARDWARE, and DOES 1-10, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## RULE 7.1 AND LOCAL RULE 3.2 CORPORATE DISCLOSURE STATEMENT OF ROCKLER RETAIL GROUP, INC.

Defendant, Rockler Retail Group, Inc. ("Rockler"), by and through its undersigned attorneys, and pursuant to FED. R. CIV. P. 7.1 and Local Rule of the United States District Court for the Northern District of Illinois 3.2, states as follows: Rockler is a wholly-owned subsidiary of Rockler Companies, Inc. and no publicly-held entity owns more than 5% of Rockler.

Dated: December 5, 2007                                  Respectfully submitted,

**ROCKLER RETAIL GROUP, INC.**

 /s/ David S. Almeida
One of Its Attorneys

Gordon B. Nash, Jr.
David S. Almeida
Steven D. Hamilton
**DRINKER BIDDLE GARDNER CARTON**
(Drinker Biddle & Reath LLP)
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606
(312) 569-1000 (telephone)
(312) 569-3000 (facsimile)

*Attorneys for Rockler Retail Group, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2007, the foregoing **Rule 7.1 and Local Rule 3.2 Corporate Disclosure Statement of Rockler Retail Group, Inc.** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. I further caused a copy of the foregoing to be sent via regular U.S. Mail to:

Daniel Edelman
Cathleen Combs
James Latturner
Cassandra Miller
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL  60603


    /s/ David S. Almeida