IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIE RHODES, individually and on behalf of a class, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ROCKLER RETAIL GROUP, INC., )<br>doing business as ROCKLER )<br>WOODWORKING AND )<br>HARDWARE, and DOES 1-10, )<br>)<br>Defendants. ) | Case No.: 2007-CV-6385<br><br>Chief Judge James Holderman<br><br>Presiding Mag. Judge Morton Denlow |

**NOTICE OF MOTION**

To:    Daniel Edelman
       Cathleen Combs
       James Latturner
       Cassandra Miller
       Edelman, Combs, Latturner & Goodwin, LLC
       120 South LaSalle Street, 18th Floor
       Chicago, IL  60603

**PLEASE TAKE NOTICE** that on Tuesday, December 11, 2007, at 9:00 a.m., or as soon thereafter as counsel may be heard, the attached **Agreed Motion for Enlargement of Time to Respond to Complaint** will be heard before the Honorable James Holderman, or any other judge sitting in his stead, in Room 2541 of the Everett M. Dirksen Building, Chicago, Illinois, a copy of which is hereby served upon you.

Dated: December 5, 2007

Respectfully submitted,

**ROCKLER RETAIL GROUP, INC.**

    /s/ David S. Almeida
One of Its Attorneys

Gordon B. Nash, Jr.
David S. Almeida
Steven D. Hamilton
**DRINKER BIDDLE GARDNER CARTON**
(Drinker Biddle & Reath LLP)
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606
(312) 569-1000 (telephone)
(312) 569-3000 (facsimile)

*Attorneys for Rockler Retail Group, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2007, the foregoing **Notice of Motion** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. I further caused a copy of the foregoing to be sent via regular U.S. Mail to:

>Daniel Edelman
>Cathleen Combs
>James Latturner
>Cassandra Miller
>Edelman, Combs, Latturner & Goodwin, LLC
>120 South LaSalle Street, 18th Floor
>Chicago, IL 60603

　　　　　　　　　　　　　　　　　　　　　/s/ David S. Almeida

CH01/ 12525212.1