**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JULIE RHODES, individually and on behalf of a class, ) ) ) | |
| Plaintiff, ) ) | Case No.: 2007-CV-6385 |
| vs. ) ) | Chief Judge James Holderman |
| ROCKLER RETAIL GROUP, INC., doing business as ROCKLER WOODWORKING AND HARDWARE, and DOES 1-10, ) ) ) ) ) ) | Presiding Mag. Judge Morton Denlow |
| Defendants. ) | |

**AGREED MOTION FOR ENLARGEMENT OF TIME TO
RESPOND TO COMPLAINT**

Defendant, Rockler Retail Group, Inc. ("Rockler"), by and through its undersigned attorneys, respectfully submits this Agreed Motion for Enlargement of Time to Respond to Complaint, and in support thereof state as follows:

1. On or about November 9, 2007, Plaintiff, Julie Rhodes ("Plaintiff"), commenced this case by filing a Complaint alleging that Rockler violated the Fair and Accurate Credit Transactions Act, 15 U.S.C. § 1681, *et seq.*

2. On or about November 15, 2007, Rockler was served with Summons and the Complaint.

3. Undersigned counsel was retained by Rockler on or about December 4, 2007, and counsel has commenced a preliminary investigation into the allegations set forth in the Complaint. Counsel requires, however, additional time to more fully investigate this matter and respectfully requests that the Court grant Rockler additional time, up to and including January 11, 2008, to respond to the Complaint.

4. Plaintiff's counsel has agreed to the relief requested by this motion. Specifically, on December 5, 2007, Ms. Cassandra Miller, counsel for Plaintiff, agreed to an extension of time, up to and including January 11, 2008, for Rockler to respond to the Complaint.

5. This is Rockler's first request for an enlargement of time, and such request is not made for the purpose of delay. Rather, this motion is made in an attempt to secure sufficient time to adequately prepare a response to the Complaint.

**WHEREFORE**, Rockler respectfully requests that this Court enter an order:

(i) granting Rockler additional time, up to and including January 11, 2008, to respond to Plaintiff's Complaint; and

(ii) granting Rockler any additional relief that this Court deems just and equitable.

Dated: December 5, 2007     Respectfully submitted,

**ROCKLER RETAIL GROUP, INC.**

/s/ David S. Almeida
One of Its Attorneys

Gordon B. Nash, Jr.
David S. Almeida
Steven D. Hamilton
**DRINKER BIDDLE GARDNER CARTON**
(Drinker Biddle & Reath LLP)
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606
(312) 569-1000 (telephone)
(312) 569-3000 (facsimile)

*Attorneys for Rockler Retail Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2007, the foregoing **Agreed Motion for Enlargement of Time to Respond to Complaint** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. I further caused a copy of the foregoing to be sent via regular U.S. Mail to:

Daniel Edelman
Cathleen Combs
James Latturner
Cassandra Miller
Edelman, Combs, Latturner & Goodwin, LLC
120 South LaSalle Street, 18th Floor
Chicago, IL  60603

/s/ David S. Almeida

CH01/ 12525208.1