# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
### Eastern Division

Julie Rhodes
                              Plaintiff,

v.                                            Case No.: 1:07−cv−06385
                                                   Honorable James F. Holderman

Rockler Retail Group, Inc, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 6, 2007:

      MINUTE entry before Judge James F. Holderman : Plaintiff's preliminary motion to certify class [9] is denied without prejudice. Defendant Rockler Retail Group, Inc.'s agreed motion for extension of time [17] is granted; defendant is given until 1/11/2008 to answer or otherwise plead to the complaint. Status hearing is set for 1/15/2008 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.