## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JULIE RHODES, individually and on behalf of a class, | ) )  )   Case No.: 2007-CV-6385 |
| Plaintiff, | ) ) |
| | )   Chief Judge James Holderman |
| vs. | ) ) |
| | )   Presiding Mag. Judge Morton Denlow |
| ROCKLER RETAIL GROUP, INC., doing business as ROCKLER WOODWORKING AND HARDWARE, and DOES 1-10, | ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF MOTION

To:     Cassandra P. Miller
        Edelman, Combs, Latturner & Goodwin, LLC
        120 South LaSalle Street, 18th Floor
        Chicago, IL  60603

**PLEASE TAKE NOTICE** that on Thursday, January 3, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the attached **Agreed Motion for Extension of Time to Respond to Complaint** will be heard before the Honorable James Holderman, or any other judge sitting in his stead, in Room 2541 of the Everett M. Dirksen Building, Chicago, Illinois, a copy of which is hereby served upon you.

Dated: December 28, 2007                    Respectfully submitted,

                                                  **ROCKLER RETAIL GROUP, INC.**

                                                  _/s/ David S. Almeida_
                                                      One of Its Attorneys

                                                Gordon B. Nash, Jr.
                                                David S. Almeida
                                                Steven D. Hamilton
                                                **DRINKER BIDDLE GARDNER CARTON**
                                                (Drinker Biddle & Reath LLP)
                                                191 N. Wacker Drive, Suite 3700
                                                Chicago, IL 60606
                                                (312) 569-1000 (telephone)
                                                (312) 569-3000 (facsimile)

                                                *Attorneys for Rockler Retail Group, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 28, 2007, the foregoing **Notice of Motion** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. I further caused a copy of the foregoing to be sent via regular U.S. Mail to:

Cassandra P. Miller<br>
Edelman, Combs, Latturner & Goodwin, LLC<br>
120 South LaSalle Street, 18th Floor<br>
Chicago, IL 60603

                                        /s/ David S. Almeida

CH01/ 12526628.1