**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Julie Rhodes
                           Plaintiff,

v.                                               Case No.: 1:07−cv−06385
                                               Honorable James F. Holderman

Rockler Retail Group, Inc, et al.
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, January 2, 2008:

      MINUTE entry before Judge James F. Holderman dated 1/2/08:Defendant Rockler Retail Group's motion for extension of time [19] to respond to plaintiff's complaint noticed for hearing for 1/3/08 is reset to 1/10/2008 at 09:00 AM. The motion hearing set for 1/3/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.