# EXHIBIT A

# EXHIBIT A
# WILL NOT BE FILED ELECTRONICALLY, BUT WILL BE PROVIDED TO THE COURT VIA THE COURTESY COPY, AS WELL AS TO OPPOSING COUNSEL