# **EXHIBIT B**

DUE TO ITS VOLUMINOUS NATURE, EXHIBIT B – A COMPENDIUM OF ALL UNPUBLISHED CASES CITED IN THE MEMORANDUM OF LAW IN SUPPORT OF ROCKLER RETAIL GROUP'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS – IS NOT BEING FILED ELECTRONICALLY, BUT WILL BE PROVIDED TO THE COURT AND TO OPPOSING COUNSEL VIA COURTESY AND SERVICE COPY, RESPECTIVELY.

CH01/ 13500068.1