# EXHIBIT H



- Home
- News
  - World
  - Asia
  - Europe
  - Africa & Middle East
  - North America
  - Latin America
  - Convenience Retailing
  - Alternative Fuels
- International Events
- Supplier Directory
- Newsletter
- Advertising
- Contact Us
- Terms & Conditions

© 2007 PetrolWorld

**Convenience Retailing**

▸ **USA: Aspen Beverages 2008 Outlook Good With Valero C-stores**
12.12.2007

▸ **UK ACS Reponse to Competition Commissions Findings**
11.12.2007

▸ **Thailand: Black Canyon Expands Outlets at PTT Service Stations**
10.12.2007

▸ **USA: Fresh N Easy Smart Box for Children**
07.12.2007

▸ **Thailand: 7-Eleven Raises Prices on 500 Products**
06.12.2007

▸ **USA: NACS Supports Bill to Protect Retailers on Credit Card Receipts**
05.12.2007

▸ **South Africa: Pick N Pay to Focus on Petrol Retail C-stores**
03.12.2007

▸ **Alliance Data Completes Agreement With 7 Eleven**
30.11.2007

▸ **USA: Fresh N Easy Well Received According to Tesco**
29.11.2007

▸ **Wales: Nisa Today Flagship Opened in Cardiff**
28.11.2007

**USA: NACS Supports Bill to Protect Retailers on Credit Card Receipts**

Of primary concern to NACS currently is a new bill regarding credit card transaction receipts and the ongoing negotiations concerning energy policy.

Expiration Dates and the Fair and Accurate Credit Transactions Act
NACS is throwing its support behind a bill that will protect retailers from litigation by clarifying what information may be printed on credit card receipts. Current law stipulates that no person that accepts credit cards or debit cards for the transaction of business shall print more than the last 5 digits of the card number or the expiration date upon any receipt provided to the cardholder at the point of the sale or transaction. Many retailers thought that truncating the account number down to the last 5 digits would be sufficient to comply with the law.

Almost immediately after the deadline for compliance passed, however, hundreds of lawsuits were filed alleging willful noncompliance for failure to remove the expiration date. Several NACS members are named in these suits, none of which contained an allegation of harm to any consumer's identity. Experts in the field agree that proper truncation of the card number, regardless of the inclusion of the expiration date, prevents a potential fraudster from perpetrating identity theft or credit card fraud. Despite repeatedly being denied class certification, the continuing tide of lawsuits represents a significant burden on the hundreds of retailers that have been sued without any corresponding consumer protection benefit.

NACS supports the Credit and Debit Card Receipt Clarification Act of 2007 (H.R. 4008), which would clarify the definition of willful noncompliance with respect to violations involving the printing of an expiration dates on credit and debit card receipts. We are aggressively working to move this bi-partisan legislation to protect compliant retailers that get caught on this technicality of having the expiration date shown on the receipt even though they shortened the card numbers to five digits or less.

CstoreWorld - NACS USA

Contact Chris Tampio with questions or comments at ctampio@nacsonline.com



PetrolWorld Events 2008



More

Supplier Directory - Fuel Dispensers



More

Supplier Directory: Signage



More