# EXHIBIT L

## FACTA Complaints in the Northern District of Illinois

|    | Case Name | Case Number |
|----|-----------|-------------|
| 1  | Aliano v. Amerigas Partners, L.P. | 07 CV 4110 |
| 2  | Aliano v. PUB 222, Inc. | 07 CV 3618 |
| 3  | Aliano v. Attitudes Restaurant & Bar, Ltd. | 07 CV 3619 |
| 4  | Aliano v. Caputo's New Farm Produce, Inc. | 07 CV 3914 |
| 5  | Aliano v. Champs Sports Bar and Grill, Inc. | 07 CV 3816 |
| 6  | Aliano v. Maxmara Retail, Ltd. | 07 CV 3817 |
| 7  | Aliano v. Stuart Weitzman Retail Stores, Inc. | 07 CV 3814 |
| 8  | Aliano v. Texas Roadhouse Holdings LLC | 07 CV 4108 |
| 9  | Armes v. Super 8 Motels, Inc. | 07 CV 5766 |
| 10 | Barbieri v. Redstone American Grill Inc. | 07 CV 5758 |
| 11 | Batterson v. Jewel Food Stores, Inc. | 07 CV 2375 |
| 12 | Bradley v. Deli-Time, Inc. | 07 CV 2588 |
| 13 | Burton v. Hy-Vee, Inc. | 07 CV 2896 |
| 14 | Cicilline v. Jewel Food Stores, Inc. | 07 CV 2333 |
| 15 | Cicilline v. Sam's Wines & Liquors, Inc. | 07 CV 2334 |
| 16 | DiCosola v. Brazzaz, LLC | 07 CV 6746 |
| 17 | DiCosola v. Café Central, Inc. | 07 CV 6748 |
| 18 | DiCosola v. Fogo De Chao Churrascaria | 07 CV 6750 |
| 19 | DiCosola v. Palmet Venture LLC | 07 CV 6755 |
| 20 | Docheza v. Quality Beauty Supply | 07 CV 3286 |
| 21 | Drexler v. Clarke's Restaurant, Inc. | 07 CV 6485 |
| 22 | Dudzienski v. GMRI, Inc. | 07 CV 3911 |
| 23 | Dudzienski v. Gordon Food Service, Inc. | 07 CV 4033 |
| 24 | Dudzienski v. HDS Retail North America, L.P. | 07 CV 4106 |
| 25 | Dudzienski v. Make-Up Art Cosmetics (U.S.), Inc. | 07 CV 3812 |
| 26 | Follman v. Hospitality Plus of Carpentersville, Inc. | 07 CV 2934 |
| 27 | Follman v. Tomkat II, Inc. | 07 CV 4746 |
| 28 | Follman v. Village Squire, Inc. | 07 CV 3767 |
| 29 | Freedlund et al. v. The Little Owl Inc. | 07 CV 3912 |
| 30 | Goods v. Lansing Restaurant | 07 CV 3118 |
| 31 | Guerra v. Charlie's At The Pier, Inc. | 07 CV 5944 |
| 32 | Gueorguiev v. Big Chicago, Inc. | 07 CV 3688 |
| 33 | Gueorguiev v. G&G Retail, Inc. | 07 CV 3685 |
| 34 | Gueorguiev v. Top Chach LLC | 07 CV 3886 |
| 35 | Halperin v. Interpark, Inc. | 07 CV 2161 |
| 36 | Halperin v. Max's of Skokie, Inc. | 07 CV 2207 |
| 37 | Harris v. Best Buy Co.. Inc. | 07 CV 2559 |
| 38 | Harris v. Circuit City Stores, Inc. | 07 CV 2512 |
| 39 | Harris v. DirectTv Group | 07 CV 2560 |
| 40 | Harris v. Wal-Mart Stores, Inc. | 07 CV 2561 |

| | | |
|---|---|---|
| 41 | Heath v. A&E Stores., Inc. | 07 CV 2450 |
| 42 | Heath v. Chernin's Shoes Outlet, LLC | 07 CV 2449 |
| 43 | Iosello v. Jewel Food Stores, Inc. | 07 CV 2452 |
| 44 | Iosello v. Leiblys, LLC | 07 CV 2454 |
| 45 | Iosello v. Raquel Sales, Inc. | 07 CV 2526 |
| 46 | Ivanov v. 25 W. Hubbard, Inc. | 07 CV 2969 |
| 47 | Ivanov v. A.F.O. Inc. | 07 CV 2971 |
| 48 | Ivanov v. Anjali, Inc. | 07 CV 4442 |
| 49 | Ivanov v. Butera Finer Foods, Inc. | 07 CV 2894 |
| 50 | Ivanov v. Standard Parking Corporation | 07 CV 5027 |
| 51 | Ivanov v. Thorntons Inc. | 07 CV 2358 |
| 52 | Ivanova v. EuroAmerican Foods | 07 CV 3142 |
| 53 | Ivanova v. TJX Companies | 07 CV 3082 |
| 54 | Lattas v. Mercury Cafe, Inc. | 07 CV 6296 |
| 55 | Lattas v. Spring Restaurant Group | 07 CV 6309 |
| 56 | Lattas v. Taste America Restaurant Group | 07 CV 6569 |
| 57 | Matthews v. United Retail, Inc. | 07 CV 2487 |
| 58 | Mendez v. The TJX Companies, Inc. | 07 CV 2486 |
| 59 | Murphy v. VPEN, Inc. | 07 CV 2793 |
| 60 | Phillips v. Taco Bell Corp. | 07 CV 3620 |
| 61 | Primack v. Treasure Island Foods, Inc. | 07 CV 2294 |
| 62 | Redmon v. Uncle Julio's of Illinois. Inc. | 07 CV 2350 |
| 63 | Rhodes v. A&M National, Inc. | 07 CV 3690 |
| 64 | Rhodes v. Rockler Retail Group, Inc. | 07 CV 6385 |
| 65 | Ritenour v. Bagel at Old Orchard, Inc. | 07 CV 4511 |
| 66 | Rogan v. ATA Airlines, Inc. | 07 CV 2332 |
| 67 | Shellhammer v. Panera Bread Company | 07 CV 2331 |
| 68 | Sheynes v. Lakeview Fitness Investors, LLC | 07 CV 5088 |
| 69 | Simon v. 3-M Group, Inc. | 07 CV 4631 |
| 70 | Simon v. Cosi, Inc. | 07 CV 4633 |
| 71 | Troy v. Backstreet, Inc. | 07 CV 5394 |
| 72 | Troy v. C.C.C.B. Company Inc. | 07 CV 5392 |
| 73 | Troy et al v. CJM Inc. | 07 CV 5689 |
| 74 | Troy v. Don Balducci | 07 CV 2418 |
| 75 | Troy v. Jameson Pub, Inc. | 07 CV 4308 |
| 76 | Troy v. Lakar Enterprises, Inc. | 07 CV 6088 |
| 77 | Troy v. Patio Restaurant of Darien, Inc. | 07 CV 4309 |
| 78 | Troy v. Carrabba's Italian Grill, Inc. | 07 CV 4329 |
| 79 | Troy v. Home Run Inn, Inc. | 07 CV 4331 |
| 80 | Troy v. Phoenix Park Irish Pub, Inc. | 07 CV 4847 |
| 81 | Woods v. Rogers Enterprises, Inc. | 08 CV 0049 |
| 82 | Doppelt v. Walgreen Company | 08 CV 0545 |