



## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

*FILED*

*FEB - 6 2008 w*
*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

## NOTIFICATION OF CHANGE OF ADDRESS

**NAME:** Gordon B. Nash, Jr.

**FIRM:** Drinker Biddle & Reath LLP

**STREET ADDRESS:** 191 N. Wacker Drive, Suite 3700

**CITY/STATE/ZIP:** Chicago, IL 60606-1698

**PHONE NUMBER:** (312) 569-1384

**ARDC NO. (If Member of Illinois State Bar):** 2017199

☑    I am a member of the General Bar for the Northern District of Illinois.

☐    Have you filed an appearance with this Court using a different name?  If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 1:07-cv-06385 | Rhodes v. Rockler Retail | Judge Holderman |
| 1:06-cv-02085 | Gibralter Steel of NY v. Resech | Judge Zagel |
| 1:06-cv-01813 | Timothy & Thomas v. Viral Genetics | Judge Manning |
| 1:03-cv-09421 | Amer Hardware v. Reed Elsevier | Judge Moran |
| | | |

Attorney's Signature

February 4, 2008

Date

**Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604**