## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Julie Rhodes
                        Plaintiff,

v.                                    Case No.: 1:07−cv−06385
                                              Honorable James F. Holderman

Rockler Retail Group, Inc, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

      MINUTE entry before Judge James F. Holderman : Status hearing held on 2/12/2008. On defendant Rockler Retail Group, Inc.'s motion to dismiss or, in the Alternative, to Stay Proceedings ([24], responses due by 3/5/2008; reply due by 3/19/2008. The Court to rule electronically and will set further dates at the time of ruling. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.