# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JULIE RHODES,<br>individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>ROCKLER RETAIL GROUP, INC.,<br>doing business as ROCKLER<br>WOODWORKING AND HARDWARE<br>and DOES 1-10,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 07 C 6385<br>Judge Holderman<br>Magistrate Judge Denlow |

### DECLARATION OF JULIE RHODES

I, Julie Rhodes, under penalty of perjury as provided by 28 U.S.C. §1746, state that the following statements are true:

1. I submit this affidavit in support of Plaintiff's Response to Defendant's Motion to Dismiss or, In The Alternative, to Stay Proceedings.

2. My husband's name is Jeff Rhodes.

3. My husband has a customer account with Defendant Rockler Retail Group, Inc., d/b/a Rockler Woodworking and Hardware.

4. It is my understanding that Defendant maintains a customer list to identify customers that frequent the store. My husband is one of the customers on Defendant's list.

5. The credit card ending in 2770, which was used to make the purchase at Rockler Woodworking and Hardware on October 19, 2007, and which is the subject of the above captioned case, is mine and mine alone. The name appearing on the subject credit card is Julie Rhodes. It is my individual account.

6. I personally made the purchases at Rockler Woodworking and Hardware on October 19, 2007.

7. The total sum of $14.64 was paid for on my credit card which is the subject of this lawsuit.

8. Jeff Rhodes' name does not appear on the subject credit card.

9. Jeff Rhodes' name appears on the subject receipt only because he was with me when I made the purchase and is part of Defendant's customer list.

Further Affiant Sayeth Naught.

_____
Julie Rhodes

Subscribed and Sworn to
before me this 7th day of
February 2008.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
RENEE FRISTOE
Notary Public, State of Illinois
My Commission Expires Jan. 18, 2011