IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIE RHODES, individually and on behalf of a class,<br><br>  Plaintiff,<br><br>vs.<br><br>ROCKLER RETAIL GROUP, INC., doing business as ROCKLER WOODWORKING AND HARDWARE, and DOES 1-10,<br><br>  Defendants. | Case No.: 2007-CV-6385<br><br>Chief Judge James Holderman<br><br>Presiding Mag. Judge Morton Denlow |

**NOTICE OF MOTION**

 To:  Cassandra P. Miller
    Edelman, Combs, Latturner & Goodwin, LLC
    120 South LaSalle Street, 18th Floor
    Chicago, IL  60603

 **PLEASE TAKE NOTICE** that on Tuesday, April 22, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the attached **Motion *Instanter* For Leave to Submit Supplemental Authority in Further Support of Motion to Dismiss or, in the Alternative, to Stay Proceedings** will be heard before the Honorable James Holderman, or any other judge sitting in his stead, in Room 2541 of the Everett M. Dirksen Building, Chicago, Illinois, a copy of which is hereby served upon you.

2

Dated: April 11, 2008                                Respectfully submitted,

                                              **ROCKLER RETAIL GROUP, INC.**

                                              /s/ David S. Almeida
                                                 One of Its Attorneys

Gordon B. Nash, Jr.
David S. Almeida
**DRINKER BIDDLE & REATH LLP**
191 N. Wacker Drive, Suite 3700
Chicago, IL 60606
(312) 569-1000 (telephone)
(312) 569-3000 (facsimile)

*Attorneys for Rockler Retail Group, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 11, 2008, the foregoing **Notice of Motion** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                                                  /s/ David S. Almeida

CH01/ 13500007.1