

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIE RHODES,<br>individually and on behalf of a class,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROCKLER RETAIL GROUP, INC.,<br>doing business as ROCKLER<br>WOODWORKING AND HARDWARE<br>and DOES 1-10,<br><br>　　　　　Defendants. | 07 C 6385<br>Judge Holderman<br>Magistrate Judge Denlow |

**PLAINTIFF'S NOTICE OF ADDITIONAL AUTHORITY IN FURTHER OPPOSITION OF DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY PROCEEDINGS**

Plaintiff, Julie Rhodes, hereby notifies the Court of the attached additional authority, in further opposition to Defendant's Motion to Dismiss or, in the Alternative, to Stay Proceedings. Attached hereto as Exhibit A is *Troy v. Home Run Inn, Inc.*, No. 07 C 4331 (N.D. Ill. April 14, 2008) (J. Kennelly). This decision denied the defendant's Motion to Dismiss for the same reasons that this Court should deny the pending Motion to Dismiss or, in the Alternative, to Stay Proceedings, filed by Defendant Rocker Retail Group, Inc. on February 4, 2008 and to which Plaintiff responded on March 4, 2008. The Defendant's Motion was fully briefed as of March 19, 2008.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　s/ Cassandra P. Miller
　　　　　　　　　　　　　　　　　　　Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603

(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

**CERTIFICATE OF SERVICE**

      I, Cassandra P. Miller, hereby certify that on April 15, 2008, a copy of the foregoing Notice of Additional Authority in Further Opposition to Defendant's Motion to Dismiss or, in the Alternative, to Stay Proceedings was filed electronically using the Court's CM/ECF system which will send notice to the following:

David S. Almeida (david.almeida@dbr.com)
Steven David Hamilton (steven.hamilton@dbr.com)
Drinker Biddle Gardner Carton LLP
191 North Wacker Drive
Suite 3700
Chicago, IL 60606
(312) 569-1426

                                              s/ Cassandra P. Miller
                                              Cassandra P. Miller


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com