IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIE RHODES, individually and on behalf of a class, | ) ) ) Case No.: 07-CV-6385 ) |
| Plaintiff, | ) ) Chief Judge James F. Holderman |
| vs. | ) ) Pres. Mag. Judge Morton Denlow |
| ROCKLER RETAIL GROUP, INC. doing business as ROCKLER WOODWORKING AND HARDWARE, and DOES 1-10, | ) ) ) |
| Defendants. | |

**MOTION OF STEVEN D. HAMILTON TO WITHDRAW AS COUNSEL FOR DEFENDANT ROCKLER RETAIL GROUP, INC.**

I, Steven H. Hamilton, hereby move this Court for leave to withdraw as counsel for Defendant, Rockler Retail Group, Inc. ("Rockler"). In support of this motion, I state as follows:

1.  I am an associate with the law firm of McGuireWoods LLP.

2.  I previously filed an appearance as counsel for Rockler, along with Gordon B. Nash, a partner with the law firm of Drinker Biddle & Reath LLP, and David S. Almeida, an associate with the law firm of Drinker Biddle & Reath.

3.  Rockler will continue to be represented in this case by Mr. Nash and Mr. Almeida of Drinker Biddle & Reath LLP.

4.  I have conferred with the counsel for Rockler regarding this Motion and they have no objection to the relief sought herein.

For the reasons set forth above, I, Steven D. Hamilton, respectfully request that this Court grant this motion to withdraw as counsel.

Dated: April 16, 2008                               Respectfully submitted,

                                                       /s/ Steven D. Hamilton

Steven D. Hamilton
McGuireWoods LLP
77 West Wacker Drive, Suite 4100
Chicago, IL 60601
(Tel) (312) 849-8232
(Fax) (312) 698-4526
shamilton@mcguirewoods.com

## CERTIFICATE OF SERVICE

I, Steven D. Hamilton, an attorney, do hereby certify that on April 16, 2008, I caused the foregoing *Motion of Steven D. Hamilton to Withdraw as Counsel for Defendant, Rockler Retail Group, Inc.*, to be served by electronic mail through the Court's electronic filing system. Counsel can access this filing through that system.

/s/ Steven D. Hamilton

CH02/ 22518398.1