IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JULIE RHODES, individually and on behalf of a class,<br><br>      Plaintiff,<br><br>vs.<br><br>ROCKLER RETAIL GROUP, INC. doing business as ROCKLER WOODWORKING AND HARDWARE, and DOES 1-10,<br><br>      Defendants. | Case No.: 07-CV-6385<br><br>Chief Judge James F. Holderman<br><br>Pres. Mag. Judge Morton Denlow |

## NOTICE OF MOTION

To:    **David S. Almeida**                      **James Latturner**
         **Drinker Biddle & Reath LLP**        **Cassandra Miller**
         **191 N. Wacker Drive, Suite 3700**  **Edelman Combs Latturner & Goodwin**
         **Chicago, IL 60606**                **120 S. LaSalle Street, 18th Floor**
                                                               **Chicago, IL 60603**

      **PLEASE TAKE NOTICE** that on Tuesday, April 22, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, the *Motion of Steven D. Hamilton To Withdraw As Counsel For Defendant Rockler Retail Group, Inc.* will come on for hearing before the Honorable James F. Holderman, or any other judge sitting in his stead, in Room 2541 of the Everett M. Dirksen Building, Chicago, Illinois, a copy of which is hereby served upon you.

Dated: April 16, 2008                            Respectfully submitted,

                                                                     /s/ Steven D. Hamilton

                                                      Steven D. Hamilton
                                                      McGuireWoods LLP
                                                      77 West Wacker Drive, Suite 4100
                                                      Chicago, IL 60601
                                                      (Tel) (312) 849-8232
                                                      (Fax) (312) 698-4526
                                                      shamilton@mcguirewoods.com

## CERTIFICATE OF SERVICE

I, Steven D. Hamilton, an attorney, do hereby certify that on April 16, 2008, I caused the foregoing *Notice of Motion* with respect to the Motion of Steven D. Hamilton to Withdraw as Counsel for Defendant, Rockler Retail Group, Inc., to be served by electronic mail through the Court's electronic filing system. Counsel can access this filing through that system.

/s/ Steven D. Hamilton