UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Julie Rhodes
                          Plaintiff,

v.                                               Case No.: 1:07−cv−06385
                                                   Honorable James F. Holderman

Rockler Retail Group, Inc, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

      MINUTE entry before Judge Honorable James F. Holderman: Attorney Steven Hamilton's motion to withdraw as counsel for defendant Rockler Retail Group, Inc.[34] is granted. Defendant Rockler Retail Group, Inc.'s motion for leave to file Instanter Supplemental Authority in Further Support of Motion to Dismiss or, in the Alternative, to Stay Proceedings [31] is granted. Attorney Steven David Hamilton terminated.Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.