## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JULIE RHODES, ) | |
| individually and on behalf of a class, ) | |
| ) | |
| Plaintiff, ) | 07 C 6385 |
| ) | Judge Holderman |
| v. ) | Magistrate Judge Denlow |
| ) | |
| ROCKLER RETAIL GROUP, INC., ) | |
| doing business as ROCKLER ) | |
| WOODWORKING AND HARDWARE ) | |
| and DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

### STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Julie Rhodes, and Defendant Rockler Retail Group, Inc., d/b/a Rockler Woodworking and Hardware, hereby stipulate to the dismissal of Plaintiff's individual claims against Defendant, with prejudice, and the claims of the putative class members, without prejudice.

Respectfully submitted,

s/ Cassandra P. Miller                              s/ David S. Almeida

Daniel A. Edelman                                   David S. Almeida (david.almeida@dbr.com)
Cathleen M. Combs                                   Drinker Biddle & Reath LLP
James O. Latturner                                  191 North Wacker Drive
Cassandra P. Miller (cmiller@edcombs.com)           Suite 3700
EDELMAN, COMBS, LATTURNER                           Chicago, IL 60606
& GOODWIN, LLC                                      (312) 569-1426
120 S. LaSalle Street, Suite 1800                   (312) 569-3426 (FAX)
Chicago, Illinois 60603                             *(Counsel for Defendant)*
(312) 739-4200
(312) 419-0379 (FAX)
*(Counsel for Plaintiff)*

1

**CERTIFICATE OF SERVICE**

   I, Cassandra P. Miller, hereby certify that on June 17, 2008, a copy of the foregoing was filed electronically using the Court's CM/ECF system which will send notice to the following:

David S. Almeida (david.almeida@dbr.com)
Drinker Biddle & Reath LLP
191 North Wacker Drive
Suite 3700
Chicago, IL 60606
(312) 569-1426
(312) 569-3426 (FAX)

              s/ Cassandra P. Miller
              Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com