UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Julie Rhodes
                               Plaintiff,

v.                                                Case No.: 1:07−cv−06385
                                                  Honorable James F. Holderman

Rockler Retail Group, Inc, et al.
                               Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2008:

    MINUTE entry before the Honorable James F. Holderman: By stipulation of the parties, plaintiff's individual claims against the defendant are dismissed with prejudice, and the claims of the putative class members, without prejudice. Status hearing date of 7/1/2008 is stricken. Civil case terminated. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.